Certificate Number: 12433-PAE-DE-034068766

Bankruptcy Case Number: 19-17740



12433-PAE-DE-034068766

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2020, at 7:39 o'clock PM EST, Carla L. Wright completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 9, 2020        By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher