**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: **Carla L. Wright** | ) | Chapter 13 |
| **Debtor** | ) | |
| | ) | No. 19-17740-MDC |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                      **/s/David M. Offen**
                                      **David M. Offen**
                                      **Attorney for Debtor(s)**

**Date:6/5/20**