United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17740-amc

Carla L Wright     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 27, 2025     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla L Wright, 8004 Temple Road, Philadelphia, PA 19150-1225 |
| 14902645 | | Ally Bank, Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14438674 | | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14452383 | + | Midfirst Bank, c/o Rebecca A. Solarz Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 28 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14438663 | ^ | MEBN | Jan 27 2025 23:59:40 | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 14438662 | + | Email/Text: bncnotifications@pheaa.org | Jan 28 2025 00:11:00 | Aes/jp Morgan Chase, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14902645 | ^ | MEBN | Jan 27 2025 23:59:48 | Ally Bank, Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14463325 | | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2025 00:11:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620359 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 00:09:24 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14438664 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2025 00:11:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14438668 | | Email/Text: megan.harper@phila.gov | Jan 28 2025 00:11:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14503261 | | Email/Text: megan.harper@phila.gov | Jan 28 2025 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14438665 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 00:10:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14451651 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 00:20:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14438667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 00:21:03 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14438669 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2025 00:11:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 14438670 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2025 00:20:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14438672 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 00:20:51 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14464930 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2025 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14438673 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2025 00:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14467646 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 00:20:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14466035 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 28 2025 00:10:23 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14438675 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 28 2025 00:09:24 | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14438676 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 28 2025 00:20:36 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438684 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 28 2025 00:21:02 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14438685 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 28 2025 00:11:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14438686 | ^ | MEBN | Jan 27 2025 23:59:42 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14441457 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14438687 | + | Email/Text: CollectionsDept@PFCU.COM | Jan 28 2025 00:11:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14466078 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2025 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14438688 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2025 00:11:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14438666 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14438671 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14438677 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438678 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438679 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438680 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438681 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438682 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14438683 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 27, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Carla L Wright dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 43 − 37

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Carla L Wright )  Case No. 19−17740−amc
    )
    )
   Debtor(s). )  Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court